IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ANDRE WOODS,            )
                        )
    Plaintiff,          )
                        )
v.                      )  Case No.: 2:16cv972-WHA-SRW
                        )  (WO)
MONTGOMERY COUNTY       )
COMMISSION, et al.,     )
                        )
    Defendants.         )

# **JUDGMENT**

In accordance with the Order entered in this case on this day,

Final Judgment is entered in favor of the Defendants and against the Plaintiff and this case is Dismissed with prejudice.

Costs are taxed against the Plaintiff.

DONE this the 12th day of June, 2017.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE